## ERNST et al. v. AMERICAN SPIRITS MFG. CO. et al.

### (Circuit Court, S. D. New York. April 28, 1902.)

REMAND—SEPARABLE CONTROVERSY.

Where it is doubtful whether or not there is a separable controversy, and citizens of the state are on both sides of the cause, it will be remanded.

Motion to Remand.

A. J. Dittenhoofer, for the motion.
Alexander & Greene, opposed.

LACOMBE, Circuit Judge. Waiving all consideration of the presence of Reeves as a plaintiff,—and this court does not find in the cases cited any sufficient ground for disregarding his presence,—we nevertheless have citizens of New York on both sides of the controversy. As was intimated upon the argument, it is a doubtful question whether or not there is a separable controversy. That being so, the proper course is to remand the cause.